# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 39 MAL 2015
                                                    :
          Respondent              :
                                                    :
                                                    : Petition for Allowance of Appeal from
                                                    : the **Unpublished Memorandum and**
          v.                       : **Order** of the Superior Court at No. 1270
                                                    : MDA 2014 exited December 18, 2014,
                                                    : **affirming** the Order of the Lancaster
ALEC DEVON KREIDER,                   : County Court of Common Pleas at No.
                                                    : CP-36-CR-0003446-2007 exited July
          Petitioner              : 11, 2014

## ORDER

**PER CURIAM**                                   DECIDED:  February 24, 2016

      **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal

is **GRANTED** on the issue of whether Petitioner's sentence violates the prohibition

against mandatory life sentences for juvenile offenders announced by the Supreme

Court of the United States in *Miller v. Alabama*, 567 U.S. \_\_\_, 132 S. Ct. 2455 (2012).

As a result of the recent holding by that Court that *Miller* must be applied retroactively

by the States, *see Montgomery v. Louisiana*, 2016 WL 280758 (U.S. Jan. 25, 2016), the

Superior Court's order is **VACATED**, and the case is **REMANDED** for further

proceedings consistent with *Montgomery*.

      To the extent necessary, leave is to be granted to amend the post-conviction

petition to assert the jurisdictional provision of the Post Conviction Relief Act extending

to the recognition of constitutional rights by the Supreme Court of the United States

which it deems to be retroactive.  *See* 42 Pa.C.S. § 9545(b)(1)(iii).

Mr. Justice Eakin did not participate in the consideration or decision of this matter.